IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN ACORD, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-3591 |
| | § | |
| YOUNG AGAIN PRODUCTS, INC., | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

Based on the partial summary judgment granted by this court's order dated February 27, 2013, (Docket Entry No. 39), the court's prior rulings, the dismissal of the remaining claims of wrongful execution, conversion, and trespass arising from Young Again Products's seizure of the contents from John Acord's storage unit, the claims pending in Civil Action No. 4:11-cv-35911 are dismissed, with prejudice. The Acords take nothing on their claims. The relief not expressly granted is denied.

This is a final judgment.

SIGNED on March 24, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

zz